JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIAN MENDOZA, | ) | NO. CV 07-06199 AHS (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DERRAL G. ADAMS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 30, 2009

*ALICEMARIE H. STOTLER*

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE